IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MICHELLE TENZER-FUCHS**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DACM DIGITAL, LLC.**,<br><br>Defendant.<br>_____/ | Case No.: 2:20cv3801-GRB-ARL<br><br>**FILED**<br>**CLERK**<br>12:47 pm, Mar 15, 2021<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties further stipulate that each party shall bear its own attorneys' fees, costs, and expenses.

Dated: March 11, 2021.

| | |
|---|---|
| */s/Jonathan Shalom*<br>Jonathan Shalom, Esq.<br>105-13 Metropolitan Avenue<br>Forest Hills, New York 11375<br>Tel: (718) 971-9474<br>Email: Jonathan@ShalomLawNY.com<br>*Attorneys for Plaintiff* | s/ Lidia D. Sykisz<br>Lidia D. Sykisz<br>NY SBN 4612156, CA SBN 307994<br>BROWN WEGNER LLP<br>2010 Main Street, Suite 1260<br>Irvine, California 92614<br>Telephone: 949.705.0080<br>Email: lsykisz@brownwegner.com<br>*Attorneys for Defendant*<br>DACM DIGITAL, LLC |

TO:  (By NEF)
Jonathan Shalom
SHALOM LAW, PLLC
105-13 Metropolitan Avenue
Forest Hills, New York 11375
Tel: 718.971.9474
Email: Jonathan@ShalomLawNY.com
*Attorneys for Plaintiff*

Dated: 3/15/2021
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.